IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES M. MOORE, | ) | |
|     Plaintiff | ) | |
| | ) | |
|     v. | ) | 2: 14-CV-593 |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
|     Defendant. | ) | |

JUDGMENT

AND NOW, this 7th day of January, 2015, pursuant to Rule 58 F.R.Civ.P., judgment is hereby entered in favor of the defendant and against the plaintiff.

s/ Robert C. Mitchell
United States Magistrate Judge